IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

WANDA MCKINNEY                                           PLAINTIFF

V.                                                CIVIL ACTION NO. 3:21-CV-115-SA-RP

NORTH PANOLA SCHOOL DISTRICT                              DEFENDANT

ORDER

Plaintiff Wanda McKinney filed this suit on May 27, 2021, asserting claims under Title VII and the Americans with Disabilities Act. The Plaintiff also filed a Motion [2] to Proceed *in forma pauperis* that same day. On June 7, 2021, the Magistrate Judge assigned to this case filed a Report and Recommendation [4] finding that "the plaintiff has not demonstrated that, because of her poverty, she is unable to pay for the costs of this litigation and still provide for herself." *See* [4] at p. 2. Therefore, the Magistrate Judge recommended that the Plaintiff's application to proceed *in forma pauperis* be denied.

The Report and Recommendation [4] also notified the Plaintiff that she was required to respond within 14 days with any objections. On June 21, 2021, the Plaintiff paid the Court's filing fee, as is reflected on the docket. Therefore, her pending Motion [2] to Proceed *in forma pauperis* and the Report and Recommendation [4] are DENIED AS MOOT.

It is SO ORDERED on this, the 22nd day of June, 2021.

                                                          /s/ Sharion Aycock
                                                          UNITED STATES DISTRICT JUDGE